UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISON

| | |
|---|---|
| BUTTERBALL, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOHN R. ATKINSON, KATHERINE<br>GRAHAM ATKINSON, BOBBY HALL,<br>CRITERION ENERGY, LLC, JOURDON<br>ANDERSON, and HEATHER ANDERSON<br><br>　　　　Defendants. | Case No. 3:15-cv-03050 |

## **CONSENT JUDGMENT**

Separate Defendants John R. Atkinson and Katherine Graham Atkinson, a/k/a Katherine Graham, (collectively, the "Atkinsons") and Butterball, LLC ("Butterball") announce to the Court that the parties have agreed to resolve the claims between them herein and submit this Consent Judgment to the Court. Accordingly, the Court finds and orders that Butterball is entitled to and hereby is awarded judgment against the Atkinsons, jointly and severally, on its Second Amended Complaint in the amount of ONE HUNDRED THOUSAND DOLLARS AND NO CENTS ($100,000.00), with interest accruing thereon at the legal rate until paid. This judgment shall not be reduced by recovery against any other co-defendant or settling party. This Court retains jurisdiction for enforcement of this judgment.

IT IS SO ORDERED, ADJUDGED AND DECREED this 28th day of April, 2017.

_____
HONORABLE TIMOTHY L. BROOKS
United States District Judge
Western District of Arkansas

*Agreed and Approved:*

Rose Law Firm,
a Professional Association
120 East Fourth Street
Little Rock, Arkansas 72201
(501) 377-0317
(501) 375-1309 (facsimile)

By:   */s/ David S. Mitchell, Jr.*
     Amanda K. Wofford
     Arkansas Bar No. 2005023
     *awofford@roselawfirm.com*
     David S. Mitchell, Jr.
     Arkansas Bar No. 2010271
     *dmitchell@roselawfirm.com*

Attorneys for Plaintiff Butterball, LLC

Parker Law Firm, PLLC
3945 N. Vantage, Suite 1
P.O. Box 10444
Fayetteville, AR 72702-3198
(479) 445-6295
(888) 680-6414 (facsimile)

By:   */s/ Stephen C. Parker, Jr.*
     Stephen C. Parker, Jr.
     Arkansas Bar No. 2005290
     stephen@justiceforarkansas.com

Attorney for Separate Defendants John R. Atkinson
and Katherine Graham Atkinson