UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISON

| | |
|---|---|
| BUTTERBALL, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:15-cv-03050 |
| JOHN R. ATKINSON, KATHERINE GRAHAM ATKINSON, BOBBY HALL, CRITERION ENERGY, LLC, JOURDON ANDERSON, and HEATHER ANDERSON | ) |
| Defendants. | ) |

## CONSENT JUDGMENT

Separate Defendant Bobby Hall ("Hall") and Butterball, LLC ("Butterball") announce to the Court that the parties have agreed to resolve the claims between them herein and submit this Consent Judgment to the Court. Accordingly, the Court finds that, pursuant to the agreement of the parties, Butterball is entitled to and hereby awarded judgment against Hall on its Second Amended Complaint in the amount of FIFTY THOUSAND DOLLARS AND NO CENTS ($50,000.00), with interest accruing thereon at the legal rate until paid. This judgment shall not be reduced by recovery against any other co-defendant or settling party. This Court retains jurisdiction for enforcement of this judgment.

IT IS SO ORDERED, ADJUDGED AND DECREED this 28th day of April, 2017.

_____
HONORABLE TIMOTHY L. BROOKS
United States District Judge
Western District of Arkansas

*Agreed and Approved:*

Rose Law Firm,
a Professional Association
120 East Fourth Street
Little Rock, Arkansas 72201
(501) 377-0317
(501) 375-1309 (facsimile)

By: */s/ David S. Mitchell, Jr.*
 Amanda K. Wofford
 Arkansas Bar No. 2005023
 *awofford@roselawfirm.com*
 David S. Mitchell, Jr.
 Arkansas Bar No. 2010271
 *dmitchell@roselawfirm.com*

Attorneys for Plaintiff Butterball, LLC


Gunn Mason Kieklak Dennis LLP
3900 Front St., Suite 103
Fayetteville, AR 72703
(479) 301-2828

By: */s/ Jennifer Lloyd*
 Jennifer Lloyd
 Arkansas Bar No. 2005073
 jennifer@gmkdlaw.com

Attorney for Separate Defendant Bobby Hall